February 23, 2007

Mr. Edward John "Jack" O'Neill Jr.
Howrey, L.L.P.
1111 Louisiana, 25th Floor
Houston, TX 77002
Mr. Vincent L. Marable III
Paul Webb, P.C.
221 N. Houston Street
Wharton, TX 77488

RE: Case Number: 06-0159
 Court of Appeals Number: 14-04-01108-CV
 Trial Court Number: 2002-22690-A

Style: THE CITY OF HOUSTON
 v.
 STEVE WILLIAMS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice O'Neill not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |